# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Percy Lavae Bacon,

    Petitioner

v.

State of Nevada,

    Respondent

Case No.: 2:17-cv-02207-JAD-PAL

**Order Adopting
Report & Recommendation**

[ECF No. 2]

Petitioner Percy Lavae Bacon is a prisoner in the custody of the Nevada Department of Corrections whose history of filing frivolous, malicious, or meritless claims now requires him to either pay the full $400 filing fee in advance for new actions or show that he is "under imminent danger of serious physical injury."[1] Magistrate Judge Peggy Leen recommends that I dismiss this case without prejudice unless Bacon pays the $400 filing fee by February 11, 2019.[2] Any objections to that report and recommendation were due by January 25, 2019, and none were filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do. Accordingly, IT IS HEREBY ORDERED that:

- The Magistrate Judge's Report and Recommendation **[ECF No. 2] is ADOPTED** in its entirety; and

---

[1] 28 U.S.C. § 1915(g).

[2] ECF No. 2.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

- **Bacon must pay the $400 filing fee in full by February 11, 2019, or this action will be dismissed** without prejudice.

Dated: January 29, 2019

_____
U.S. District Judge Jennifer A. Dorsey